IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Love-Johnson, Evelyn

Printed: 03/17/09

Case Number: 08 B 20532
Judge: Wedoff, Eugene R
Filed: 8/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 11, 2009
Confirmed: October 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,650.00 |  |
| Secured: |  | 1,308.75 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,034.37 |
| Trustee Fee: |  | 306.88 |
| Other Funds: |  | 0.00 |
| Totals: | 4,650.00 | 4,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 3,034.37 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | CarMax Auto Finance | Secured | 2,042.38 | 308.75 |
| 4. | Beneficial Illinois Inc | Secured | 10,221.03 | 1,000.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 19,967.40 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,667.76 | 0.00 |
| 7. | CarMax Auto Finance | Unsecured | 1,492.76 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 2,816.59 | 0.00 |
| 9. | Beneficial Illinois Inc | Unsecured | 6,266.50 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 3,335.77 | 0.00 |
| 11. | Countrywide Visa | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,310.19 | $ 4,343.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 306.88 |
|  | $ 306.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Love-Johnson, Evelyn | Case Number:  08 B 20532 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/17/09 | Filed:  8/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

*/s/ Mach*